IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–10–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JUAN FELIPE VIDRIO FUENTES, JOHNATHAN TOPETE, ANTHONY WAYNE JOHNSON II, JAMES ANDREW STRINGART, and JANET DEAN WHITE, | |
| Defendants. | |

Before the Court is Defendant Juan Felipe Vidrio Fuentes's Unopposed Motion for Counsel to Appear at the Final Pretrial Conference via Zoom. (Doc. 222.) Counsel for Defendant Vidrio Fuentes, Benjamin M. Darrow, requests leave to appear via Zoom at the final pretrial conference scheduled for Tuesday, April 16, 2024, at 3:00 p.m. at the Russell Smith Federal Courthouse in Missoula, Montana. (*Id.* at 1.) The basis for the request is that Mr. Darrow will be at a jury trial in Lewis and Clark County District Court in Helena, Montana, at the same time as the final pretrial conference. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 222) is GRANTED. Mr. Darrow may appear via Zoom at the hearing. The Clerk of Court shall notify

Mr. Darrow via e-mail of the meeting ID and password within 24 hours of the hearing.  Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 12th day of April, 2024.

_____
Dana L. Christensen, District Judge
United States District Court