UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUAN FELIPE VIDRIO FUENTES,<br>JAMES ANDREW STRINGARI, and<br>JANET DEAN WHITE,<br><br>　　　　　Defendants. | CR 23-10-BU-DLC<br><br>ORDER |

　　　IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above-entitled case.

　　　DATED this 25th day of April, 2024.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Dana L. Christensen
　　　　　　　　　　　　　　　　United States District Judge